# Supreme Court of the State of New York
# Appellate Division, First Judicial Department

Present – Hon.   Tanya R. Kennedy,   Justice Presiding,
Martin Shulman
Bahaati E. Pitt-Burke
John R. Higgitt
Kelly O'Neill Levy,   Justices.

---

In the Matter of Christopher B. Hitchcock  an attorney and counselor at law:

Christopher B. Hitchcock
(OCA Atty. Reg. No. 1698059),
Petitioner,

Attorney Grievance Committee
for the First Judicial Department,
Respondent.

Motion No.   2024-02829
Case No.   2024-03729

**UNPUBLISHED ORDER**

---

Petitioner (who was admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on December 1, 1980) having moved pro se in this Court on July 1, 2024 for an order pursuant to 22 NYCRR 1240.22, accepting his affidavit of resignation, and based upon that affidavit, removing his name from the roll of attorneys and counselors-at-law in the State of New York,

And the Attorney Grievance Committee having submitted a letter dated June 25, 2024, and the Lawyers' Fund for Client Protection having submitted a letter dated June 14, 2024, stating that they do not oppose petitioner's application,

Now, upon reading and filing the papers with respect to the motion, and the affidavit of resignation of petitioner, sworn to on June 6, 2024, and due deliberation having been had thereon, it is unanimously,

Ordered that the motion is granted, petitioner's resignation is accepted and the name of said petitioner is removed from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.

Entered: September 16, 2024

Susanna Molina Rojas
Clerk of the Court